IN THE UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DORRELL EMMANUEL KING                                             PLAINTIFF

V.                 CASE NO. 2:18-CV-00015-JM-JTK

BRIAN GOODE and TERRI
PATTERSON                                                               DEFENDANTS

## **ORDER**

The Court has received Magistrate Judge Jerome Kearney's recommended disposition. No objections to the recommendation have been filed. The Court concludes that the recommendation should be, and is hereby, approved and adopted as this Court's findings in all respects.

IT IS SO ORDERED this 25th day of March, 2019.

                                                         _____
                                                           UNITED STATES DISTRICT JUDGE