IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DORRELL EMMANUEL KING            PLAINTIFF

V.        CASE NO. 2:18-CV-00015-JM-JTK

BRIAN GOODE and TERRI
PATTERSON            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Defendant's Motion to Dismiss (DE #12) is GRANTED.

IT IS SO ORDERED this 25th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE